UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shelly Beaton f/k/a Shelly Welch,<br><br>                              Plaintiff,<br><br>– against–<br><br>Lending Club Corporation and Equifax Information Services,<br><br>                              Defendants. | Case No.: 1:20-cv-01708-KAM-RML<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY** |

      Plaintiff SHELLY BEATON pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of her voluntary dismissal of all claims asserted against Defendant EQUIFAX INFORMATION SERVICES, LLC, with prejudice, in the above-entitled matter.

      Specifically, Rule 41(a)(1)(A)(i) sets out that a Plaintiff may voluntarily dismiss its claims with prejudice and without a Court Order, by notice at any time prior to the Defendant filing an Answer or moving for summary judgment. As of the filing of this Notice, Defendant EQUIFAX INFORMATION SERVICES, LLC has not filed an Answer in this action or moved for summary judgment. In light thereof, Plaintiff asserts that her voluntary dismissal with prejudice by notice is appropriate under Rule 41(a)(1)(A)(i). Accordingly, Plaintiff's request for voluntary dismissal with prejudice should be granted.

Dated:  April 2, 2021

                                                    **Law Offices of Robert S. Gitmeid & Assoc., PLLC**

                                                    By: /s/ Maksim Reznik
                                                    Maksim Reznik, Esq.

30 Wall Street, 8th Floor #741
New York, NY 10005
Tel (866) 249-1137
Fax (877) 366-4747
Maksim.R@gitmeidlaw.com
Attorney for Plaintiff